# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE No**.:** 20-62391-CIV-DIMITROULEAS

MAAZ ISRAR,

    Plaintiff,

vs.

NAVIENT SOLUTIONS, LLC

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Maaz Israr, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *with* Prejudice of the above styled action.

DATED: February 10, 2021

                                                        Respectfully Submitted,

                                                        /s/ Jibrael S. Hindi
                                                        **JIBRAEL S. HINDI, ESQ.**
                                                        Florida Bar No.: 118259
                                                        E-mail:    jibrael@jibraellaw.com
                                                        **THOMAS J. PATTI, ESQ.**
                                                        Florida Bar No.: 118377
                                                        E-mail:    tom@jibraellaw.com
                                                        The Law Offices of Jibrael S. Hindi
                                                        110 SE 6th Street, Suite 1744
                                                        Fort Lauderdale, Florida 33301
                                                        Phone:     954-907-1136
                                                        Fax:        855-529-9540

                                                        *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 10, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

          Respectfully Submitted,

          /s/ Thomas J. Patti                              .
          **THOMAS J. PATTI, ESQ.**
          Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com