UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62391-CIV-DIMITROULEAS

MAAZ ISRAR,

     Plaintiff,

vs.

NAVIENT SOLUTIONS, LLC,

     Defendant.

_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (the "Notice") [DE 12], filed herein on February 12, 2021. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Notice [DE 12] is hereby **APPROVED**.

2.  The case is **DISMISSED with prejudice**.

3.  The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 19th day of February, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record